2-8-2021

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Robert Lewis pro se,
           Plaintiff
   V.
John Doe 1 Thru 4 (SHU Staff)
SiS LT Johnson

3:21cv115 DPJ-FKB



This action is brought pursuant to Bivens V. Six Unknown Named Agents, 403 U.S. 388 (1971) for Civil and Constitutional right violations (U.S. Const, 8) and the Federal Tort Claims Act (FTCA) 28 U.S.C 1346 (b), 2671 - 2680 for Deliberately indifferent to the risk to prisoners of violence at the hand of other prisoners via Being Stabbed by the same prisoners twice

1

## STATEMENT OF FACTS

All claims herein relate to when Plaintff was incarcerated at USP Yazoo City - MS,. On 8-31-2018 in unit J1 Plaintiff had an altercation with another prisoner. Plaintiff was then escorted to medical. After being medicaly evaluated, It was determind by medical staff that I got stabbed in the altercation with the other prisoner. I was then escorted to the Specail Houseing unit (hereafter SHU). I was given an incedent report for a Code 201 incedent report number 3165410 I was later found guilty of

this incedent report. After a SIS investigateion Separation was placed on me and the inmate from the above incedent. He was release from the shu back to general population. I was keep in the shu Pending transfer. While in the shu ~~Pending~~ I was targeted by the shu Staff numerus times. On or about 3-16-2019 or 3-17-2019 after a incedent with the shu staff while they were feeding lunch one of the Co's told the Plaintiff "I'm going to get you killed". On 3-20-2019 I was pulled out for recreation. In order to go to recreation when pulled out you get pat down for hiden Contraband then

3

wand for meatel contraband once you clear the contraband search you are took to the rec area were there is multiple rec cages. there is a recreation co in the rec area with a Shu rosters that notifys the rec officer of Seperation so they will ~~Kno~~ Know what cage you can go in and can not go in. After looking at the roster the co's placed me in the same cage with my seperation the same prisoner from the 8-31-2018 incedent. After fighting for my life I was excorted to medical. I was medicaly evalvated, It was determind I was stabbed 3 more times with a metal knife that

4

~~made~~ made it pass the Contraband Search.

I recive a incedent report for a code 201 report number 3235872. The officers who wrote the incedent report lied saying I initiate the altercation with the other prisoner on the incedent report to cover up the fail attempt on my life days later one of the Shu Co's told me " we almost got you".

## Damages

Plaintiff Seeks Compesatory punitive and nominal damages for the Constitutional violations, and Compensatory damages for the torts alleged herein.

I Robert Lewis Declare the foregoing facts true and Corr...

5