Robert Lewis                                        Plaintiff
Reg.No. 59717-007
V.                     Civil Action No. 3:21-CV-115-DpJ-FkB

United States of America                  Defendants



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2022
ARTHUR JOHNSTON
BY_____DEPUTY

# Amended Complaint

1. On March 20, 2019, C/o Uknow escorted inmate Lewis to the recreation yard area of the special Housing unit of the Federal Correctional Complex in Yazoo City, Mississippi, and placed him in the recreation cage with another inmate, Knowing that inmate Lewis and the other inmate had Separation orders.

2. C/o Uknow knew inmate Lewis had a Separatee with the other inmate because Sis Lt. Johnson, a Special Investigative Supervisor at FCC Yazoo City, had previously investigated an earlier assault by the other inmate, and determined that a Separation between the inmates was warranted and took affirmative Steps to advise all Staff members of the elevated risk present for inmate Lewis at the facility by placing a Separation Status on inmate Lewis and the other inmate.

3. Inmate Lewis did not see the other inmate prior to entering the cage. Once inside an altercation

ensued, which resulted in inmate Lewis being stabbed multiple times.

# Cause Of Action

1. C/o uknow had a duty of care, which included a duty to protect inmate lewis from the elevated risk of assault by the other inmate, pursuant to 18 U.S.C. § 4042 (a)(2) and Mississippi State law. However, C/o uknow breached that duty and was deliberately indifferent to inmate Lewis health and safety by: (1) failing to make sure none of the inmates in the cage he was placing him in had separation orders; and (2) Failing to make sure none of the inmates in that cage had weapons that could potentially kill or cause serious injury to him. Which was the proximate cause of inmate Lewis injuries. Defendant United States of America is liable to the plaintiff for damages because C/o Unknow is a law enforcement officer of the Federal Bureau of prisons, a branch of the United States Department of Justice.

# Prayer for Relif

Base on action describe in pargraph 1-3, which are incorporated by reference hear made as doe fully Stated defendent United States of America is liable to plaintiff for a sum of not less then $37,000. were for plantiff pray that the court enter jugment in his favor and auginst the united States.

# Verification

I, Robert Lewis Reg.NO.59717-007, verifi under pentaty Of perjury that the forgoing facts are ture and Corect to best of my Knowledge

ExEucuted: April 8, 2022

Respectfull Submited

59717-007