# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBERT LEWIS**  **PLAINTIFF**
**REG. NO. 59717-007**

**V.**  **CIVIL ACTION NO. 3:21-cv-115-DPJ-FKB**

**UNITED STATES OF AMERICA**  **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the joint *ore tenus* motion of the parties to dismiss with prejudice all of Plaintiff's claims against Defendant. The Court, having considered the motion, and being advised the parties have executed a settlement agreement as to all claims, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 3rd day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

DARREN J. LaMARCA
*United States Attorney*

*/s/ Jessica Bourne Williams*
JESSICA BOURNE WILLIAMS (MSB #103922)
*Assistant United States Attorney*
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201

Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: Jessica.Williams3@usdoj.gov
*Counsel for Defendant*

AGREED TO: _____

Robert Lewis
Reg. No. 59717-007
*Pro Se* Plaintiff
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL 61285